IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              No. 5:11-CR-50065-002

ALFONSO VACA                                                          DEFENDANT

## O R D E R

On this 17th day of April, 2014, there comes on for consideration the Report and Recommendation (Doc. 69) filed in this case on March 20, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Vacate is **DENIED and this matter is DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge